**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**

**AFFIDAVIT OF SERVICE**

*261156*

Index no : **1:25-cv-06285**

Candle Witch Company LLC, an Illinois limited liability company

    Plaintiff(s),

vs.

Candle Witch Co. LLC, a Connecticut limited laibility company

    Defendant(s).

_____/

**STATE OF CONNECTICUT**
                      ss: East Hartford
**HARTFORD COUNTY**

**Ethan Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **06/13/2025** at **4:15 PM**, I served the within **Summons in a Civil Action, Plaintiff's Complaint anmd Demand for Jury Trial, Civil Cover Sheet, Exhibits** on **Candle Witch Co. LLC** at **c/o Rachel Elise King, 108 N. Tpke Road, Apt. F, Wallingford, CT 06492** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Rachel Elise King, Agent For Service** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Candle Witch Co. LLC**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Perceived Gender | Perceived Race | Color of Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black | 33 | 5'3" | 225 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
June 16, 2025
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X _____
Ethan Yade
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3-31-2028